[No. 16344–2–I.   Division One.   June 15, 1987.]

HOWARD H. HEDINGER, ET AL, *Respondents,* v. NORTHERN
MARINE INDUSTRIES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 83–2–00398–1, Harry A. Follman, J., entered
March 25, 1985. *Reversed* by unpublished opinion per
Winsor, J. Pro Tem., concurred in by Andersen and Horo-
witz, JJ. Pro Tem.

[No. 17362–6–I.   Division One.   June 15, 1987.]

PACIFIC FIRST FEDERAL SAVINGS BANK, *Respondent,* v.
DAVID E. SOLEIM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–13428–3, Robert E. Dixon, J., entered
October 14, 1985. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Ringold, A.C.J., and Webster,
J.

[No. 16764–2–I.   Division One.   June 15, 1987.]

PATRICIA ANN SMITH, *Appellant,* v. ROBERT E.
DALTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–05408–3, Frank J. Eberharter, J., entered
June 7, 1985. *Affirmed* by unpublished opinion per Winsor,
J. Pro Tem., concurred in by Andersen and Horowitz, JJ.
Pro Tem.